IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00973-WYD-MEH

TI TRAINING CORP., a Delaware corporation, and
GREG OTTE, an individual,

   Plaintiffs,

v.

FAAC, INCORPORATED, d/b/a IES Interactive Training, a Michigan corporation,
LIVE SIGHT TARGET SYSTEMS, INCORPORATED, a Florida corporation, and
STEVEN RUBINO, an individual,

   Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 3, 2009.**

   Defendant FAAC, Inc.'s Motion to Amend Scheduling Order to Extend Deadline for the Amendment of Pleadings to October 15, 2009 [filed September 1, 2009; docket #32] is **granted**. The deadline for amendment of pleadings is extended up to and including **October 15, 2009**.