IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00973-WYD-MEH

TI TRAINING CORP., a Delaware corporation, and
GREG OTTE, an individual,

    Plaintiffs,

v.

FAAC, INCORPORATED, d/b/a IES Interactive Training, a Michigan corporation,
LIVE SIGHT TARGET SYSTEMS, INCORPORATED, a Florida corporation, and
STEVEN RUBINO, an individual,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 18, 2009.**

    The Stipulated Motion for Protective Order [filed September 18, 2009; docket #42] is **granted**. The proposed Stipulated Protective Order is accepted and entered contemporaneously with this minute order.