IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-00973-WYD-MEH

TI TRAINING CORP., a Delaware corporation; and
GREG OTTE, an individual,

      Plaintiffs,

v.

FAAC, INCORPORATED, d/b/a IES INTERACTIVE TRAINING, a Michigan corporation;
LIVE SIGHT TARGET SYSTEMS, INCORPORATED, a Florida corporation; and
STEVEN RUBINO, an individual,

      Defendants.

## ORDER OF DISMISSAL OF CERTAIN PARTIES AND CLAIMS

THIS MATTER is before the Court on the Stipulated Dismissal of Claims with Prejudice (filed January 4, 2010).  The Stipulation seeks a dismissal of certain claims with prejudice pursuant to a settlement that resolves all disputes between Plaintiffs and Defendants Livesight Target Systems Incorporated ["Livesight"] and Steven Rubino.  After a careful review of the Stipulation and the file, I conclude that the Stipulation should be approved.  Accordingly, it is

ORDERED that the Stipulated Dismissal of Claims With Prejudice is **APPROVED**.  Consistent therewith, it is

ORDERED that Claims II, III, IV, V and VI of the Amended Complaint are **DISMISSED WITH PREJUDICE** against Defendants Livesight and Steven Rubino.  Further, Defendants Livesight and Rubino's Counterclaims against Plaintiffs are

**DISMISSED WITH PREJUDICE**.  Defendants Livesight and Steven Rubino are **DISMISSED** from the case and shall hereafter be taken off the caption.  Each party shall pay his or its own attorneys' fees and costs.  Plaintiffs' claims remain pending against Defendant FAAC, Incorporated.  Finally, it is

ORDERED that Plaintiffs' Motion to Dismiss Live Sight and Rubino's Counterclaim for Failure to State a Claim Upon Which Relief Can Be Granted (doc. # 27) is **DENIED AS MOOT**.

Dated:  January 6, 2010

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge