IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 09-cv-00973-WYD-MEH

TI TRAINING CORP., a Delaware corporation; and
GREG OTTE, an individual,

    Plaintiffs,

v.

FAAC, INCORPORATED, d/b/a IES INTERACTIVE TRAINING, a Michigan corporation,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the Stipulated Dismissal Without Prejudice filed by the parties on October 15, 2010. The Stipulation asserts that the parties have resolved their dispute and seeks a dismissal of all claims and counterclaims filed in this action without prejudice. After a careful review of the Stipulation and the file, it is

ORDERED that the Stipulated Dismissal Without Prejudice is **APPROVED** and this case is **DISMISSED WITHOUT PREJUDICE**, with all parties to bear their own costs and attorney fees.

Dated: October 18, 2010

                                              BY THE COURT:

                                              s/ Wiley Y. Daniel
                                              Wiley Y. Daniel
                                              Chief United States District Judge